372 RABINEAU vs. CIRCUIT JUDGE (Wayne), No. 15200½.

To vacate an order requiring relator to join certain parties as defendants to a pending bill filed by her against an insurance company, and one to whom the policy had been assigned in trust for relator, asking for the removal of the trustee and the payment of the money over to her guardian.

Order to show cause denied November 5, 1895.

The insurance company had already paid the amount of the. money into court and been discharged, but claiming that certain dividends arising upon another policy which was held in trust for other children of decedent, had been used to pay the premiums upon this policy, it prayed that the other children might be made parties defendant to relators' bill in order that the whole matter might be adjusted and it relieved from liability.

373 FIFTH NATIONAL BANK vs. CIRCUIT JUDGE (Clinton), No. 12025½.

To compel respondent to vacate certain orders.

Order to show cause denied June 9, 1891.

A debtor executed a chattel mortgage to High, as trustee for the bank and others, and afterwards made an assignment. The assignee did not qualify, and a receiver was appointed. The bank's claim had been reduced after the execution of the mortgage, and the circuit judge ruled that as between the claims secured by said mortgage, the bank was entitled to a dividend upon the balance only.